FILED
CLERK, U.S. DISTRICT COURT

JUN 3 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND P. BRIONES,<br><br>       Petitioner,<br><br>       v.<br><br>LARRY SMALL, Warden,<br><br>       Respondent. | Case No. CV 09-6559-AG (JEM)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner has filed Objections to the Report and Recommendation, and the Court has made a de novo determination of those portions of the Report and Recommendation to which Petitioner has objected.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: June 30, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE